ATLAS DATA PRIVACY CORP, as assignee of individuals who are Covered Persons; JANE DOE 1, a law enforcement officer; JANE DOE 2, a law enforcement officer; PETER ANDREYEV

v.

INFOMATICS LLC,
    Appellant