# No. 25-1555 & Consolidated Cases
## IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| ATLAS DATA PRIVACY CORP., ET AL., | : |
|     Plaintiff-Appellee, | : On Appeal from the |
| | : United States District Court |
| | : for the District of New Jersey |
| v. | : |
| | : District Court Case No. |
| WE INFORM LLC, ET AL., | : 24-cv-4037 |
|     Defendants-Appellants. | : |
| | : |

### MOTION TO WITHDRAW T. ELLIOT GAISER AS COUNSEL

DAVE YOST
Ohio Attorney General

ZACHERY P. KELLER*
Deputy Solicitor General
 *Counsel of Record
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614.466.8980
zachery.keller@ohioago.gov

*Counsel for Amici States*

## MOTION TO WITHDRAW

Counsel for *Amici* States request that T. Elliot Gaiser be withdrawn as counsel in this case. Mr. Gaiser has left the Office of the Ohio Attorney General. Please designate Zachery P. Keller as counsel of record in the above-captioned matter.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*/s/ Zachery P. Keller*
ZACHERY P. KELLER*
Deputy Solicitor General
 **Counsel of Record*
30 E. Broad St., 17th Fl.
Columbus, Ohio 43215
614.466.8980
zachery.keller@ohioago.gov

*Counsel for Amici States*

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 43 words. See Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER

## CERTIFICATE OF VIRUS SCAN

I hereby certify that this document was scanned using CrowdStrike Falcon Sensor, version 7.24.19607, and Microsoft Defender 365 and no viruses were detected.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I caused the foregoing to be electrically filed with the Clerk of the Court by using the Court's CM/ECF system. All registered counsel will be served by the Court's CM/ECF system.

*/s/ Zachery P. Keller*
ZACHERY P. KELLER